# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALFREDO VALENCIA,

Petitioner,

v.

RONALD DAVIS, Warden, California State Prison at San Quentin

Respondent.

Case No. CV 19-1797 MWF

**PROOF OF NOTIFICATION RE: STAY OF EXECUTION/FINAL DISPOSITION ORDER**

On February 18, 2020, I, Eric Shannon, telephoned:

☒ Eryn Cervantes, Litigation Coordinator at San Quentin State Prison,

☒ Holly D. Wilkens, Deputy Attorney General at the Office of the Attorney General, and/or

☐ _____ at the Ninth Circuit Court of Appeals

regarding the order entitled ORDER STAYING EXECUTION.

Date: February 18, 2020   By: /S/

Eric Shannon
Capital Habeas Staff Attorney